United States Bankruptcy Court

Northern District of Ohio

| | |
|---|---|
| In re: | Case No. 23-50043-amk |
| Ronald H. Wood | Chapter 13 |
| Lea E. Wood | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-5 | User: bhemi | Page 1 of 2 |
| Date Rcvd: Jul 24, 2024 | Form ID: pdf849 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/db | + Ronald H. Wood, Lea E. Wood, 1701 Owego Drive, Akron, OH 44312-4321 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion09.cl.ecf@usdoj.gov | Jul 24 2024 20:50:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 26, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A. Crull | on behalf of Debtor Lea E. Wood ccrull@communitylegalaid.org jfrey@communitylegalaid.org;crull.christopherb@notify.bestcase.com |
| Christopher A. Crull | on behalf of Debtor Ronald H. Wood ccrull@communitylegalaid.org jfrey@communitylegalaid.org;crull.christopherb@notify.bestcase.com |
| Dylan Dean Smith | |

| | |
| --- | --- |
| | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bankruptcy@sottileandbarile.com |
| Joshua Ryan Vaughan | on behalf of Creditor Ohio Department of Taxation jvaughan@amer-collect.com SAllman@AMER-COLLECT.COM;HouliECF@aol.com |
| Keith Rucinski | efilings@ch13akron.com |
| Maria A. Tsagaris | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust maria.tsagaris@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Michael J. Moran | on behalf of Debtor Ronald H. Wood mike@gibsonmoran.com  moranecf@gmail.com;r55982@notify.bestcase.com |
| Michael J. Moran | on behalf of Debtor Lea E. Wood mike@gibsonmoran.com  moranecf@gmail.com;r55982@notify.bestcase.com |

TOTAL: 8



# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

In re: Ronald H. Wood & Lea E. Wood ) Case No. 23-50043
                                     )
        *Debtor(s)*                   ) Chapter 13

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On July 9, 2024, an application was filed for the Claimant(s), Ronald H. Wood, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $16,430.77 held in unclaimed funds be made payable to Ronald H. Wood and be disbursed to the payee at the following address:
1701 Owego Dr., Akron, OH 44312.
The Clerk will disburse these funds not earlier than 14 days after entry of this order.

###